**94–319.** State ex rel. Celebrezze v. R & D Chem. Co. *Morrow County*, No. CA–792. On request for leave to participate in oral argument. Request denied.

DOUGLAS, J., dissents.

**94–372.** State v. Joseph. *Allen County*, No. 19–11–1. On motion to strike. Motion granted.

PFEIFER, J., dissents.

**94–380.** Chrysler Corp. v. Tracy. Board of Tax Appeals, No. 91–K–1523. On request for argument before full court. Request granted.

**94–557.** State ex rel. Chavis v. Sycamore Community School Dist. Bd. of Edn. *Hamilton County*, No. C–920906. On request for oral argument. Request denied.

**94–680.** Martin v. Rogers. *Marion County*, No. 9–93–47. On motion for relief from judgment. Motion denied.

**94–820.** Schenk v. Cleveland Elec. Illum. Co. *Lake County*, No. 92–L–161. On motion to affirm court of appeals' decision and remand to trial court. Motion denied and cause dismissed as moot.

**94–1024.** State v. Adams. *Cuyahoga County*, Nos. 64759 and 64760. On motion to withdraw as counsel. Motion granted.

**94–1030.** State v. Conkle. *Tuscarawas County*, No. 93AP070049. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**94–1038.** State v. Phillips. *Montgomery County*, No. 14020. On motion for leave to file instanter. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1150.** Waites v. Waites. *Lake County*, No. 93–L–120. On motion for leave to file instanter. Motion denied.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

**94–1174.** State v. Mays. *Cuyahoga County*, No. 67262. On motion to vacate. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**94–1241.** Boehringer Ingelheim Pharmaceuticals, Inc. v. Tracy. Board of Tax Appeals, No. 92–M–434. On motion for admission *pro hac vice* by Brian Andreoli, Esq. Motion granted.

**94–1242.** Roxane Laboratories, Inc. v. Tracy. Board of Tax Appeals, Nos. 91–X–1186 and 92–X–253. On motion for admission *pro hac vice* by Brian Andreoli, Esq. Motion granted.

**94–1412.** State ex rel. Ryan v. State Teachers Retirement Sys. In Mandamus. On motion for alternative writ. Motion granted.

**94–1419.** State v. Rader. *Cuyahoga County*, No. 62655. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

**94–1440.** State v. Lundgren. *Lake County*, No. 90–L–15–125. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**94–1468.** State v. Cooey. *Summit County*, Nos. 15895 and 15966. On motion to hold memorandum in support in abeyance and for order to court of appeals to transmit record. Motion denied.

RESNICK, J., dissents.

**94–1483.** State v. Beeman. *Cuyahoga County*, No. 67207. On motion to dismiss. Motion denied.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1505.** State v. Aziz. *Cuyahoga County*, No. 64581. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.